Good morning, your honors. Thank you. My name is John Hayes, and I represent the defendants in this matter, and I would like to reserve five or six minutes or so for rebuttal. I'd like to start, let's make a quick comment, but to try to put this in context a little bit, I've been practicing bankruptcy for 28 years, more or less. I've had occasion in the last few years to tell friends of mine that I'm defending this guy that's being accused of being a paid preparer, and these people always react the same. How can you do that? Hayes, we thought you had some class. Those are terrible people. They ought to all be told on the internet, and people use the software to fill out their own forms. The response is always then, well, how can that make him a paid preparer? But the problem with your argument, as I see it, is that the deductions are chosen, or all of these things are chosen by your client. He's really providing some legal services along with the forms. I'm actually glad you stated it that way, because I think that's what makes this a little bit unique, and that is, is in bankruptcy, there are no options with forms. Every form that's required to be filed in a bankruptcy case is the same. The information required is the same. There's no options. Even in the tax world, the TurboTax... But that isn't the way he presented himself. That isn't the way this website presents itself. The website presents itself as saying that we have all this expertise, and we're going to do for you something that you can't do for yourself, essentially. You know, that's the crux of the problem, really, is the website has two parts. There's this thing that he used to call the vault, which is a bunch of information, a bunch of software, the computer software. The Palak case in Los Angeles was the first case, and when he got the motion, he got an ethics attorney, actually. The ethics attorney brought me in. We looked at that vault. I thought, are you nuts? You've got to get that thing off the Internet. But that thing was on there at the time of this case, wasn't it? It was not, certainly not at the time of trial. Well, this fellow said he got it. Mr. Rinoso saw it, yes. The vault was there when Mr. Rinoso went on the Internet, got the software, and did what he did. Now, it's clear that there were some of the exemptions that he didn't take, which anyone would ordinarily take, and that he put in by way of amendment. It seems to me that he was led down that path by your client. The only thing I can say about that is that exemptions are a big problem for anybody filling out the schedules. I've defended attorneys who filled out these schedules. So anybody that's filling out the schedules by themselves is going to have a problem with the exemptions. But this fellow created the problem for Mr. Rinoso. No, no, the vault did. The vault explained. The software didn't pick the exemptions. It said, if you want to claim this property exempt, that Mr. Rinoso testified. He put the mouse on the block where it said exemptions, and a box came up. It said, if you want to claim this exempt, click the box. And from there, it showed you the code sections that allow the exemptions under California law, and you had to choose them yourself. I'm not surprised at all that people were confused. But anybody trying to fill out these by themselves would be confused. If you got Best Case, I use Best Case in my office. It costs $1,000 or $1,200 for the program. It's a phenomenal program. My kids use it in my office to fill out when I do bankruptcies. And it says, do you want to claim an exemption? That's a really nice set of here's how you do it. Here's what's available. Here's how much you've used so far. Here's how much, you know, you click around. That's what Best Case does. What is Best Case? I don't know what Best Case is. There's a program called E-Z-File. There's Collier's. There's a bunch of professional bankruptcy forms. And for lawyers. Absolutely. I'm sure 90 percent of them are purchased by lawyers, but there's no requirement that you have to be a lawyer to buy it. Well, why don't you tell us how Best Case is different from all the other cases in which he's been found to be a bankruptcy petition preparer? I will. But I would like to say that the big point I'm trying to make today is that it changed. There was a point in time where he got rid of that vault. That made it a different software. And you're saying that that's relevant to this case, even though that was after the facts that gave rise to this case because the remedy was an injunction? Is that why? Yes. The scope of the judgment is way, way, way, way, way beyond Mr. Walsall. You know what I can say about Pallott is we spent a lot of time trying to settle the case. And he had that vault, and I really told him, let's give in on that. The vault is a problem. Let me get rid of that thing he did. But within the next few months, there were 20 or 30 cases filed around the country, and I started handling all those for him. And I started calling, trying to make deals with everybody, trying to pitch them on the software is okay. The software, he should be allowed to sell the software. And I actually made deals in several cases, but that's why he went out of business the date of this trial, at least in the Northern District. He went out of business everywhere else about a month or so, a few weeks later, because he just couldn't afford to defend all of these cases all over the country. The point, though, is that to the extent there were rulings against him, it was based on the software as of the time the ruling was made. And what if he started a new software website today? What if one of my kids did? One of your kids? Well, is there anything in the record to show what was in there at the time the ruling was made, as opposed to at the time that the facts were created? You're asserting that it wasn't there. How do we know it wasn't there? The copy of the software that I know that's in the record, it is there. So how do we know it wasn't there? It's very clear that the vault was there, or this individual got the vault. We're deciding the case as of what he had and what he did. Yes. I don't think you can get far with that argument in this case. I think that if the judgment had dealt with just Mr. Renoso, it probably wouldn't have even been opposed. It would have been one of the many that were going on, frankly, at the time. All right. The problem with this case is... Does the record demonstrate what you're saying? You know, I actually can't... If it doesn't, that's the end of it. Oh, no, no. I still, if I could focus on the judgment... I didn't say it's the end of your case. It's the end of this argument. I mean, you're standing up and telling us that the vault was not in existence on the day of the ruling, but does the record demonstrate that? Maybe while I'm listening to opposing counsel, I'll look really quick. I don't... You know, there were so few that the total testimony was about an hour. Well, that's fine, but you can't tell us that it's a rule and something that's not in the record, and it appears it's not in the record. I can't oppose that, but if I could, I'd like to go to the judgment for a minute, though. Okay, go ahead. That's really the big problem here. There was a finding that Mr. Reynoso looked at the vault. He used the software. He actually filled out a form and said, I did my schedules myself. I had nobody help me. And two other debtors testified that they used the software. From that, we get a judgment that says, identify every customer in the Northern District of California that you ever provided any services to for money, and repay every one of those customers whatever money you got if the customer used the software and actually filed bankruptcy. That's way beyond the evidence that was presented at trial. At most, the evidence presented at trial is that Reynoso is the same as Palat, right? By the way, there's a mistake. It is a little confusing if your honors are going to look at the judgment afterwards. It's not pick the debtors who filed 12 months prior to Mr. Reynoso. That's what's suggested in the U.S. Trustee's brief. What it is is identify every customer who ever used your software, no matter what condition it was in, no matter what the vault said, no matter what the website said, identify every one of them and give back the money that you received from them within 12 months prior to them actually filing bankruptcy. Was there any evidence about, did you present any evidence from anybody about the residual value, what value the services that were rendered had? No. Other than asking about. Did the government present any evidence? The premise of the order appears to be that you have to refund everything because there was no value to the services. That's what Judge Nissen said. I find that there was no value, period, therefore give back everything for everybody that you ever came in contact with. Was there any basis for that? Did the government put on any evidence about the value of the services? No. Actually, there was quite a bit of evidence that we allow up to $125. That's what the trustee testified to. I think there's a general order in the Northern District that paid preparers can't charge more than $125. But even beyond the money, it's the fact that it's everybody, that no matter what the website looked like when they used it, you have to give them back the money. Let me ask you to tell us exactly, I subscribe and I pay for this set of forms. What do I get? Well, it's actually one of the exhibits in the excerpts. Tab 16 shows the forms that you actually, the information that you type in. And again, the information is required. The computer doesn't pick which forms you file. It doesn't pick which parts of the form you fill out. It's all required. But what you get is a, and by the way, I brought a password to the trial. I offered Judge Newsom, you know, we can go online and pull up the website, take a look at it and show you. I didn't get too far with that comment, but I'm sorry, did I answer your question? Oh, the forms, it's boxes. What's your name? First name, last name, address, Social Security number. You type in those boxes. And then it says creditors, so you click there and a new page comes up. Type in the name, address, account number. It says pick whether they're priority or secured or unsecured. It doesn't tell you what a priority creditor is. You have to do that yourself. Propers screw that up all the time. They don't screw it up because of the software. People without an attorney don't know what a priority debt is. But if I could jump to the injunction, the judgment. The injunction says, for the rest of your life, don't make any inaccurate disclosures of question nine on the Statement of Financial Affairs. That's where he was putting in there, it had a box that said, I did this by myself. The U.S. trustee's position is, is that by letting them use the software, Mr. Ajaraika actually prepared the documents. Part B of the injunction is, don't ever engage in Section 110 misconduct. Well, we would have stipulated to that. But it's the same thing as the software, make him a paid preparer. Is by giving somebody the software, is that the same as preparing their documents for them? But what kills me is in paragraph nine of the judgments, part C, that he's enjoined for the rest of his life from ever acting as a paid preparer, period, forever. Part E of paragraph nine in the injunction, don't ever prepare or assist in preparation of any documents without an attorney for the rest of your life. Where in your brief do you challenge the refund order? I'm sorry? Where in the brief do you challenge the refund order? I'm looking for it. I'm not finding it easily. Well, as to the amount, you mean? Well, as to the fact, the declaration that the value of the services were zero, so they have to refund all of it. Well, I wouldn't say that we challenge specifically the finding that it was worth zero. And again, if it was Mr. Renoso, he'd give him his $199 back. The problem is, is the judgment is overbroad as to what was determined at trial. Mr. Renoso read the vault. That was a big problem for us right at the beginning of the case. From that, that got extrapolated into give everybody back their money. The fact that the U.S. trustee actually asked to give everybody back their money in the whole world. And he said, well, you know, maybe that's getting a little carried away. I'll make it just so. But you're not challenging the conclusion that these services were worth zero? No. The finding that the value was zero, we didn't offer any evidence about that. But that may be a burden of proof issue. I'm asking whether you're challenging on appeal the determination that the value was worth zero. I don't see it in the brief. Well, frankly, what I've always focused on, as I've said now, we had a problem with Mr. Renoso, the debtor. And I never considered whether or not we have to give him his $199 back made much difference. The question is, can anybody sell software in the future without having the U.S. trustee after them for being a paid preparer? I didn't want to make a 30 second comment. Also, there's there's comments in the brief in the U.S. trustees brief about the stipulation, the facts. What happened is that Judge Newsome made the comment about boy, this exemptions your history, buddy. And I said, you know, if that's your attitude, maybe we ought to go talk settlement some more or stipulate this. In fact, so Miss Lou and I went into a judge said, OK, we went into a conference room within 15 minutes. The clerk was there saying, hey, Judge Newsome wants to get on with it. And we just picked up our books and went and started. We never stipulated anything, as it's suggested in the U.S. trustees brief. And I'd like to reserve three minutes. Thank you very much. May it please the court. Catherine Hancock on behalf of the U.S. trustee. One of the essential problems here is the U.S. trustee has no problem with bankruptcy petition preparers, whether it's done by software or face-to-face human contact. So long as a bankruptcy petition preparer follows the rules that are set forth in 11 U.S.C. 110, which requires the petition preparer to, among other things, sign the document, provide a copy to the debtor, and to not engage in unauthorized practice of law. Do you have a question? Here the software, the website, clearly did the same thing an individual would do in sitting down with an individual to prepare the petition. It decides what questions need to be asked, solicits the information, decides where to put it in the forms, and generates the official documents for filing for compensation, which is paid preparation within the scope of Section 110. But you also say that it was the unauthorized practice of law. What? You additionally say that this was the unauthorized practice of law. That's correct, Your Honor. Here there was testimony that the software and evidence that the software chose the exemptions to be used. I know there was some discussion whether that was the case with Mr. Reynoso, but there were also other debtors that testified at the trial that said the software definitely did choose the exemptions and the bankruptcy court made a finding to that effect. It solicited info determining which information, determining what questions needed to be asked to fill out the forms. I mean, what's disturbing to me is, I mean, what is the line between, let's leave the whole vault thing aside because that seems clearly to be giving legal advice. What is the line between this and, you know, a self-help book with nice little charts and flow charts about it, once you decide this, then you decide that, and if such and such, then you should take this exemption and so on? Well, when if there's a book, there was the one case, the Crow case, which I think we cited in our brief, which had a book where an individual had sold a book and then said, but if you can't figure out with our self-help book, we'll... We had that case, but he didn't say that. He just had a very well-done book, which had flow charts and very good directions. How is that different from the website, you know, leaving out the vault and leaving out the representations that were undoubtedly made here of legal expertise and so on? Well, the book in that case would not actually be preparing the petition itself. Here, the software actually generated the petition, decided where to put in the information. A self-help book, in contrast... No, I know that, but I asked you not that, but I asked you why is... It's the same book that she's talking about, and then put it on a computer program. So if you just put it on the computer, if it's not actually generating your forms and deciding where, but just sets out a flow chart or something, that's direction. It might be unauthorized practice of law, depending how far it goes, but it wouldn't necessarily be a bankruptcy petition preparer if it's not preparing the forms but provides just some direction. Right. I understand the argument of why they're a bankruptcy preparer. I'm more concerned about the conclusion that it's an unauthorized practice of law simply to have the software, if it were the same as a book with flow charts and so on. And you said it's because it shows you, it chooses the exemption for you, and because you were going into some details there. And what I'm saying is it becomes a very fine cut then, because if you had a book that laid everything out in such a way that anybody would get to the same place, I would have a lot of trouble saying that that's the unauthorized practice of law, but simply reporting information that's available to anybody who reads the code. Well, I mean, I think in this case, there was other evidence that made it very clear that the website separate from the vault was giving legal advice. No, I agree with that, and I understand, and that's why I said leave aside the vault, leave aside the cover pages and so on, just the software. Well, the software, in asking questions, and it popped up dialogue boxes to the user to give instructions on how to fill out the spots. And in one of the instances, the debtor Reynoso testified that in terms of assets he had to list on the forms, it directed him as to that he didn't need to list household goods or clothing as assets, because that just made things too complicated. And that was part of the software of generating the websites and was not part of the vault. If you had a book that said that, I mean, there was like Novo Press in Berkeley puts out all these self-help books. And if the book said, you know, don't bother with this, it's too complicated, that would be an unauthorized practice of law. I think it would be a much closer question. And here, I think, you know, the combination of choosing the exemptions, giving legal advice, and even interpreting the bankruptcy laws in the dialogue boxes and determining what information needs to be solicited from the debtor, interpreting where it needs to go into the form, that's application of the bankruptcy laws and unauthorized practice of law. To change the subject for a minute, this may be by the by because it may not be challenged, but what basis is there for concluding that the value of these services was zero? The bankruptcy court made a finding that the value of the services was negligible because the court found that the software was, in fact, misleading debtors to not fill out the forms properly. So the debtor Reynoso had to amend his forms to include the stuff. So they weren't really getting any value out of these services because the forms they were filling out, they were filling them out incorrectly based on the advice given by the website. And that finding was never challenged. Am I to understand that what the bankruptcy judge did was to provide the fines for each of the violations but referred to the district court if there were going to be individual damages for any of the people? It certified the findings for any damages if there was a motion. But nobody has acted under that, is that correct? That's correct, Your Honor. I just want to make sure I had my facts correct. That's correct. But this refund order is not the damages order. That's separate, the disgorgement of fees. And, again, there was only one sentence referring to that in the brief of appellants, and we would argue that they waived it and, in any case, not challenged the underlying finding on which the disgorgement is based. The opposing counsel thinks that the order is entirely too broad as to what is required of him. What response do you have to that? Well, I don't think it's overbroad in the sense of disgorgement of fees. Well, covering all past customers, covering future acts. Well, the U.S. trustee, the code in Section 110, it provides that if an individual, a bankruptcy petition preparer, has continually engaged in unfair or deceptive conduct, which the bankruptcy court made findings to that effect, then the preparer can be enjoined from being a bankruptcy petition preparer, which is exactly what happened here. There were findings, and the court relied on the judgments in the other cases, including Pillett, that these petition preparers had engaged in this contact before, and so under 110, the court issued a permanent injunction. So I don't – there's no overbreadth here that's authorized directly by the code. Suppose he was going to come in and demonstrate that he now has a website that's been changed and it doesn't have – well, I guess your position is that it's still in valid, so it doesn't matter. Yeah, I think that's correct, Your Honor. I understand. If there are no further questions, we would rest on our brief. Thank you. Thank you. Thank you. I will just repeat one thing I said, that tab 16 is – bankruptcy is a little unusual from other form-building programs. There's no choices. There's no optional forms if you have this and fill out this form. Well, if, for example, the advice given on this website actually is don't put in your household goods, it's too complicated, that's advice, and that's a choice. That's a default, without a doubt. We wouldn't be here – if I was trying to defend the default, I wouldn't be here. But Your Honor asked a great question. What if he writes the book you were talking about, or writes new software? That was a suggestion given to me, that if you just put literally the forms, just here's a form, you know, start at line one of the form, type it in and then print it, that that would be okay. In fact, I think you can do that on the courts website. But why wouldn't he be a bankruptcy preparer at that point? Well, that's the point, though, is the order says that he can't do that for the rest of his life. Well, this is because he's misbehaved, according to the trustee in the bankruptcy court. It doesn't mean that someone else could not prepare forms that were appropriate and that met the qualifications. So this deals with your client. It doesn't deal with software that others might be advancing. Well, I suppose technically that might be true. It's actually true. Oh, no, no. I have no doubt that the U.S. trustee's belief is that if you have software on your website and you're charging more than whatever the minimum fee is, that you are practicing law without a license. But that's what she hears at that point. I mean, the fact is that it is fairly hard to escape the conclusion that you are a bankruptcy preparer who's allowed to apply by the rules if that's what you were doing, because you are producing a form unlike the book, which isn't, in fact, filling out the form. So to that degree, your client was at fault, which is mostly what he was found to be at fault about. That's why we didn't appeal Palat. I mean, I really – it is what it is. I mean, unauthorized practice of law is kind of not pertinent to the net result here particularly. Well, I believe the argument is that choosing the exemptions is practicing law, and therefore Section 110 does say if you're practicing law, then you can be enjoined – if you're doing unauthorized practice of law, you can be enjoined from doing that in the future. So you think that the order here does turn in the conclusion that there was an unauthorized practice of law and only with respect to the form and not to the website as a whole? Well, as to – yes. Judge Newsom said that as soon as I got up to the podium. He said, you know, what are you going to do about the exemptions? Hey, that's practicing law. And I said to him, you mean if I say to somebody it's Section 703? He said, no, if you throw a book at them and say it's in there somewhere, but if you say it's Section 703 or 704, yes, that's practicing law. That's when I made the comment, well, I guess this isn't going to be a very long trial. But even then, that got extrapolated into, and therefore never be a bankruptcy preparer ever again for the rest of your life. Give back everybody that you ever ran into their money. And it went way, way, way, way, way beyond. And it does affect how people are going to use software or computer websites or books or self-help programs in the future. Thank you very much. Thank you.
judges: B. Fletcher, Berzon, Trager